UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTONIO JOHNS #435901     CIVIL ACTION

VERSUS     NO. 06-2328

MICHAEL HARRELL     SECTION: "A"(1)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's oral motion to voluntarily dismiss this civil action is **GRANTED** and that the complaint is **DISMISSED WITHOUT PREJUDICE**.

July 25, 2006

_____
UNITED STATES DISTRICT JUDGE